ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

DEC -7 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES DONG JI,<br><br>　　　　　　　Defendant. | CRIMINAL CASE NO. 94-00156<br><br><br>**MOTION FOR TRANSFER**<br>**OF BRIBERY FUNDS** |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully motions this Court for the entry of an order transferring the amount of $26,100.00 currently held in the Court's Registry (Fund 604700) to Treasury's general fund and, in support hereof, states as follows:

1.　　On December 18, 1996, Defendant James Ji was sentenced based upon his conviction for bribery of a public official in violation of 18 U.S.C. § 201(b)(1)(B).

2.　　After final disposition of the above-captioned case and pursuant to 18 U.S.C. § 3666, on August 27, 1997, the Federal Bureau of Investigation caused to deposit in the Court's Registry

the amount of $26,100.00 which sum represented bribery funds in connection with said case (Exhibit A).

3. Said funds should be deposited in the Treasury in the name and to the credit of the United States pursuant to 18 U.S.C.§ 3666 and 28 U.S.C. § 2042 since such money has remained so deposited for at least five years and unclaimed.

RESPECTFULLY submitted this 7th day of December 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

/By: _____

MIKEL W. SCHWAB
Assistant U.S. Attorney

2

No. 14.

**District Court of Guam**
at Agana, Guam

**RECEIPT FOR PAYMENT**

Date: *August 28, 1997*

Received From: *Federal Bureau*
*Investigation*

Remarks: *Bribery funds re*
*Perez, Jr.*

| Account No. | Amount |
|---|---|
| 004500 | 26,100.00 |
| | |
| | |
| | |
| | |
| **Total** | **$26,100.00** |

*TAX No. 00156*

Checks and drafts are accepted subject to collection
and the credit will only be given when the check or
draft has been cleared by the financial institution, in
which it has drawn.

| | | | |
|---|---|---|---|
| *Cashier* | | | |

Deposit Check *57.100-1.309-519*
*4,400.51*
*69.104.4189-59.9*
*4.23.069.99*
*from trust as*



EXHIBIT
**A**