JiJames.ord

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM

DEC - 8 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES DONG JI,<br><br>    Defendant. | CRIMINAL CASE NO. 94-00156<br><br>**O R D E R**<br><br>Re: United States Motion for Transfer of Bribery Funds |

    Based upon the Plaintiff's Motion for Transfer of Bribery Funds, the Court hereby finds that for the reasons stated in the Plaintiff's Motion, the amount of $26,100.00 which sum represented bribery funds in connection with criminal case no. 94-00165, shall be deposited in the Treasury in the name of and to the credit of the United States.

    **IT IS SO ORDERED**, this 8th day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL