
FILED
DISTRICT COURT OF GUAM
FEB 23 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES DONG JI,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 94-00156<br><br>**ORDER** |

　　　On January 12, 2007, the Court transferred $26,100.00 from the Registry Fund (604700) to General Fund (106000) for forfeiture of unclaimed monies.

　　　Subsequently, the Clerk's Office verified with the Accounting and Financial Systems Division and said amount should be transferred to the Crime Victims Fund (504100).

　　　Accordingly, the Clerk of Court is hereby ordered to transfer $26,100.00 from Fund 106000 to Fund 504100.

　　　DATED this 23rd day of February, 2007.

　　　　　　　　　　　　　　　　　　　FRANCES M. TYDINGCO-GATEWOOD
　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　District Court of Guam

**ORIGINAL**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DONG JI,<br><br>Defendant. | CRIMINAL CASE NO. 94-00156<br><br>**ORDER** |

On January 12, 2007, the Court transferred $26,100.00 from the Registry Fund (604700) to General Fund (106000) for forfeiture of unclaimed monies.

Subsequently, the Clerk's Office verified with the Accounting and Financial Systems Division and said amount should be transferred to the Crime Victims Fund (504100).

Accordingly, the Clerk of Court is hereby ordered to transfer $26,100.00 from Fund 106000 to Fund 504100.

DATED this 23rd day of February, 2007.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam